**Law Offices**
**of**
**MALLON & TRANGER**

Thomas J. Mallon
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
Randall L. Tranger

Thomas M. Waddleton
*Paralegal*

86 Court Street
Freehold, NJ 07728
TEL: (732) 780-0230 FAX: (732) 780-5002

Other Locations:
Pt. Pleasant & Toms River

August 26, 2026

Chambers of the Honorable Justin T. Quinn, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**RE: Clay-Bennett v. Asbury Park, et als.**
**Civil Action#: 23-03074 (GC-JTQ)**

Dear Judge Quinn:

Based on the fact that Defendants' Summary Judgment motion has been decided, Plaintiffs respectfully request that the Court schedule a Final Pretrial Conference in this matter.

Respectfully submitted,
*/s/ Thomas J. Mallon*
THOMAS J. MALLON

cc: all counsel via ECF