CLEARY | GIACOBBE | ALFIERI | JACOBS | LAGANA LLC

ANTHONY P. SEIJAS, Partner
aseijas@cgajl.law

Reply to: Oakland Office

October 13, 2026

***Via Email***
Wayne Fang, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

**Re: Clay/Bennett v. City of Asbury Park, et al.**
**Case No. 3:23-cv-03074**

Dear Mr. Fang:

Kindly allow this correspondence to confirm the mediation in the above captioned matter on December 11, 2026, with Hon. Michael A. Hammer.

Thank you for your attention to this matter.

Very truly yours,

*/s/ Anthony P. Seijas*

Anthony P. Seijas
cc: Hon. Justin T. Quinn, U.S.M.J.
Thomas J. Mallon, Esq.
Eric J. Nemeth, Esq.